United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION

Case No. 16-MD-02752-LHK

**ORDER CONSOLIDATING CASES**

The following cases are hereby CONSOLIDATED with the Multi-District Litigation ("MDL") case *In Re: Yahoo! Inc. Customer Data Security Breach Litigation*, 16-MD-02752-LHK:

Finnegan et al. v. Yahoo!, Inc., 5:16-CV-07228-LHK

Schwartz v. Yahoo! Inc., 5:16-CV-05456-LHK

Sventek v. Yahoo!, Inc., 5:16-CV-05463-LHK

McMahon v. Yahoo! Inc., 5:16-CV-05466-LHK

Myers et al v. Yahoo! Inc., 5:16-CV-07030-LHK

Havron et al v. Yahoo!, Inc., 5:16-CV-07031-LHK

Filares v. Yahoo! Inc., 5:16-CV-07227-LHK

Pawlik v. Yahoo!, Inc., 5:16-CV-07229-LHK

United States District Court
Northern District of California

Baker v. Yahoo, Inc., 5:17-CV-00135-LHK

Corso v. Yahoo! Inc., 5:16-CV-05540-LHK

Howard et al. v. Yahoo! Inc., 5:16-CV-05609-LHK

Kaneshiro v. Yahoo! Inc., 5:16-CV-05634-LHK

Perlmutter v. Yahoo! Inc., 5:16-CV-05643-LHK

Ackers v. Yahoo! Inc., 5:16-CV-05811-LHK

Hirt v. Yahoo! Inc., 5:16-CV-05911-LHK

Savett v. Yahoo! Inc., 5:16-CV-06152-LHK

Heines v. Yahoo! Inc., 5:16-CV-06590-LHK

Townsend et al v. Yahoo! Inc., 5:16-CV-06635-LHK

Lee v. Yahoo! Inc., 5:16-CV-06733-LHK

Stras v. Yahoo! Inc., 5:16-CV-06990-LHK

Vail v. Yahoo!, Inc., 5:16-CV-07154-LHK

Mortensen v. Yahoo! Inc., 5:16-CV-07182-LHK

Gonzalez v. Yahoo! Inc., 5:16-CV-07206-LHK

Hartline v. Yahoo! Inc., 5:16-CV-07246-LHK

Gulley v. Yahoo! Inc., 5:16-CV-07261-LHK

Cleaver v. Yahoo! Inc., 5:16-CV-07264-LHK

Johnson v. Yahoo! Inc., 5:16-CV-07291-LHK

Abye v. Yahoo! Inc., 5:16-CV-07354-LHK

Granot et al v. Yahoo! Inc., 5:17-CV-00037-LHK

Any future filings in any of the above individual cases shall be filed in the MDL case, 16-MD-02752-LHK, rather than in the individual cases.

**IT IS SO ORDERED.**

Dated: February 9, 2017

Lucy H. Koh

LUCY H. KOH
United States District Judge